Victor L. George, State Bar No. 110504
Meylin P. Alfaro, State Bar No. 315177
LAW OFFICES OF VICTOR L. GEORGE
20355 Hawthorne Blvd., First Floor
Torrance, California 90503
Telephone: (310) 698-0990
Facsimile:   (310) 698-0995
E-mail:       vgeorge@vgeorgelaw.com
                  malfaro@vgeorgelaw.com

Attorneys for Plaintiffs,
ELENA MATYAS, individually and as Successor-in-Interest to ROXIE MIRABELLE FORBES; and DOUGLAS FORBES, individually and as Successor-in-Interest to ROXIE MIRABELLE FORBES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA MATYAS, individually and as Successor-in-Interest to ROXIE MIRABELLE FORBES; and DOUGLAS FORBES, individually and as Successor-in-Interest to ROXIE MIRABELLE FORBES,<br><br>Plaintiffs,<br><br>v.<br><br>SUMMERKIDS, INC., a California Corporation, et al.<br><br>Defendants. | Case No. 2:21-cv-04163 JAK (JDEx)<br><br>[Assigned to the Hon. John A. Kronstadt, Courtroom 10B]<br><br>**JOINT REPORT RE AGREED UPON PRIVATE NEUTRAL**<br><br><br>Complaint filed: November 5, 2019<br>Trial Date:       None Set. |

Pursuant to the Court's August 26, 2021 Order Setting Pretrial Deadlines Plaintiffs ELENA MATYAS and DOUGLAS FORBES ("Plaintiffs") and Defendants SUMMERKIDS, INC., MARIA DIMASSA, JOSEPH DIMASSA, CARA DIMASSA, GIANCARLO DIMASSA, M.D., ANGELUS MOUNTAIN CENTER, THE ENOTECA, LLC, SEMPRE AVANTI, LLC, THE DIMASSA FAMILY

FOUNDATION, JAIMI HARRISON, JOSEPH NATALIZIO, DANIEL H. RAINEY, FAITH PORTER, NATALIE DEL CASTILLO, ANDREW LARA CERVANTES, TREVOR BOREHAM dba LIFE SAVING CERTIFIED ("LSC"), JOSEPH DIMASSA AND MARIA DIMASSA AS TRUSTEES OF THE DIMASSA FAMILY TRUST, TRUST DATED APRIL 9, 1981, and AMERICAN NATIONAL RED CROSS (collectively, the "Parties") respectfully submit this Joint Report.

**Plaintiffs' Neutral Nominees**

1. Troy Roe
2. Robert M. Tessier
3. Jeffrey Krivis

**Defendants SUMMERKIDS, INC., MARIA DIMASSA, JOSEPH DIMASSA, CARA DIMASSA, GIANCARLO DIMASSA, M.D., ANGELUS MOUNTAIN CENTER, THE ENOTECA, LLC, SEMPRE AVANTI, LLC, THE DIMASSA FAMILY FOUNDATION, JOSEPH NATALIZIO, DANIEL H. RAINEY, FAITH PORTER, NATALIE DEL CASTILLO, JOSEPH DIMASSA AND MARIA DIMASSA AS TRUSTEES OF THE DIMASSA FAMILY TRUST, TRUST DATED APRIL 9, 1981 Neutral Nominees**

1. Janet Fields
2. Kim Deck
3. Troy Roe

**Defendant ANDREW LARA CERVANTES Neutral Nominees**
1. Janet Fields
2. Kim Deck
3. Troy Roe

**Defendant JAIMI HARRISON's Neutral Nominees**

1. Janet Fields
2. Kim Deck
3. Troy Roe

///

///

**Defendant TREVOR BOREHAM dba LIFE SAVING CERTIFIED's Neutral Nominees**

1. Jay Horton
2. Troy Roe

**Defendant Red Cross's Neutral Nominees**

1. Sid Kanazawa

Attached as Exhibits are the CV's for each individual nominee.

Dated: September 14, 2021         LAW OFFICES OF VICTOR L. GEORGE

                                 /s/ *Meylin P. Alfaro*
                         By:_____
                             VICTOR L. GEORGE
                             MEYLIN P. ALFARO
                             Attorneys for Plaintiffs, ELENA MATYAS, individually and as Successor-in-Interest to ROXIE MIRABELLE FORBES; and DOUGLAS FORBES, individually and as Successor-in-Interest to ROXIE MIRABELLE FORBES

Dated: September 14, 2021    By:   /s/ Andrew Cervantes
                                 ANDREW L. CERVANTES
                                 In *Pro Per* Defendant

Dated: September 14, 2021    By:   /S/ Frederick H. Choi
                                 The Lee Law Group
                                 Ted M. Lee, Esq.
                                 Frederick H. Choi, Esq.
                                 Tony J. Cheng, Esq.
                                 Attorneys for Defendant,
                                 Trevor Boreham dba Life Saving Certified

| | |
|---|---|
| Dated: September 14, 2021 | By: /S/ Mary Campo<br>MARY CAMPO<br>Attorneys for Defendant,<br>JAIMI HARRISON |
| Dated: September 14, 2021 | By: /S/Adam S. Sieff<br>DAVIS WRIGHT TREMAINE LLP<br>MARY H. HAAS<br>ADAM S. SIEFF<br>MARK C. BURNSIDE<br>Attorneys for Defendant,<br>AMERICAN RED CROSS |
| Dated: September 14, 2021 | By: /S/ Sheryl M. Rosenberg<br>Margaret M. Holm<br>Sheryl M. Rosenberg<br>Attorneys for Defendants<br>SUMMERKIDS, INC. (individually and dba ANGELUS MOUNTAIN CENTER); THE ENOTECA, LLC; DI MASSA FAMILY FOUNDATION; SEMPRE AVANTI, LLC; JOSEPH DIMASSA; MARIA DIMASSA; CARA DIMASSA; GIANCARLO DIMASSA, M.D.; FAITH PORTER; DANIEL H. RAINEY; JOSEPH NATALIZIO; NATALIE DEL CASTILLO;JOSEPH DIMASSA AND MARIA DIMASSA AS TRUSTEES OF THE DIMASSA FAMILY TRUST, TRUST DATED APRIL 9, 1981 |

## **SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filling's content and have authorized this filing.

Dated: September 14, 2021          LAW OFFICES OF VICTOR L. GEORGE


By:      /s/ Meylin Alfaro
VICTOR L. GEORGE
MEYLIN P. ALFARO
Attorneys for Plaintiffs

**ELENA MATYAS, et al. v. SUMMERKIDS, INC., et al.**
USDC Case No. 2:21-cv-04163 JAK (JDEx)
**PROOF OF SERVICE**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 20355 Hawthorne Boulevard, First Floor, Torrance, CA 90503.

On September 15, 2021, I served the foregoing document(s) described as **JOINT REPORT RE PRIVATE NEUTRAL and EXHIBITS** on the interested party(ies) in this action by placing:

[X]   a true copy

[ ]   the original

***AS INDICATED IN SERVICE LIST ATTACHED***

[X]   **(BY MAIL, 1013a, 2015.5 C.C.P.)**
I deposited such envelope in the mail at Torrance, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   **ONLY BY ELECTRONIC TRANSMISSION.** By emailing the document(s) to the persons at the e-mail address(es) on this Proof of Service.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 15, 2021, at Torrance, California.

_____*Gabriela Gutierrez*_____
Gabriela Gutierrez

**PROOF OF SERVICE**

**ELENA MATYAS, et al. v. SUMMERKIDS, INC., et al.**
USDC Case No. 2:21-cv-04163 JAK (JDEx)

## SERVICE LIST

**EMAIL:**

Margaret M. Holm, Esq. | Sheryl M. Rosenberg, Esq.
TYSON & MENDES, LLP
17901 Von Karman Ave., Suite 600
Irvine, CA 92614
Telephone: (949) 490-4840 | Facsimile: (949) 267-5261
Email:  mholm@tysonmendes.com; srosenberg@tysonmendes.com
*Attorneys for Defendants SUMMERKIDS, INC., MARIA DIMASSA, JOSEPH DIMASSA, CARA DIMASSA, GIANCARLO DIMASSA, M.D., ANGELUS MOUNTAIN CENTER, THE ENOTECA, LLC, AKA THE ENOTECA, LLC SEMPRE AVANTI, LLC, THE DIMASSA FAMILY FOUNDATION, DANIEL H. RAINEY, FAITH PORTER and JOSEPH NATALIZIO*

Mary M. Campo, Esq.
HOSP, GILBERT & BERGSTEN
301 N. Lake Avenue, Ste 410
Pasadena, CA 91101
Tel:     (626) 792-2400
Email: rbergsten@hosplaw.com; mcampo@hosplaw.com; tmouradian@hosplaw.com
*Attorneys for Defendant JAIMI HARRISON*

Mary H. Haas, Esq. | Adam S. Sieff, Esq. | Mark C. Burnside, Esq.
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017-2566
Tel:  (213) 633-6800 | Fax:  (213) 633-6899
Email:  maryhaas@dwt.com; adamsieff@dwt.com; markburnside@dwt.com
*Attorneys for Defendant AMERICAN NATIONAL RED CROSS*

Ted M. Lee, Esq. | Frederick H. Choi, Esq. | Tony J. Cheng, Esq.
THE LEE LAW GROUP, PC
17310 Red Hill Avenue, Suite 350
Irvine, California 92614
Tel:   (949) 271-9333 | Fax:    (949) 271-9334
Email:  fchoi@LeeFirm.com; tcheng@LeeFirm.com
*Attorneys for Defendant TREVOR BOREHAM dba LIFE SAVING CERTIFIED*

**EMAIL AND MAIL:**
Andrew Lara Cervantes
5307 Edna Street
Los Angeles, CA 90032
Email:  drewc709@gmail.com
*Defendant*