**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ELENA MATYAS, et al.,

Plaintiffs,

v.

SUMMERKIDS, INC., et al.,

Defendants.

No. 2:21-cv-04163-JAK (JDEx)

**JUDGMENT IN FAVOR OF DEFENDANTS THE ENOTECA, LLC; JOSEPH DIMASSA AND MARIA DIMASSA FAMILY TRUST, TRUST DATED APRIL 9, 1981; DIMASSA FAMILY FOUNDATION; ANGELUS MOUNTAIN CENTER; SEMPRE AVANTI, LLC ; MARIA DIMASSA; AND DOSSETT DIMASSA, M.D., AFTER MOTION FOR SUMMARY JUDGMENT**

On January 20, 2023, the following Motions for Summary Judgment were heard in Courtroom 10C of the United States District Court Central District of California located at the Felicitas and Gonzalo Mendez United States Courthouse, 350 W. First Street, Los Angeles, California 90012, the Hon. John A. Kronstadt presiding:

1. Motion for Summary Judgment by defendant, THE ENOTECA, LLC, (DKT. 134);
2. Motion for Summary Judgment by defendant, JOSEPH DIMASSA AND MARIA DIMASSA FAMILY TRUST, TRUST DATED APRIL 9, 1981, (DKT. 136);
3. Motion for Summary Judgment by defendant, DIMASSA FAMILY FOUNDATION, (DKT. 137);
4. Motion for Summary Judgment by defendant, ANGELUS MOUNTAIN CENTER, (DKT. 138);
5. Motion for Summary Judgment by defendant, SEMPRE AVANTI, LLC, (DKT. 139);
6. Motion for Summary Judgment by defendant, MARIA DIMASSA, (DKT. 142); and
7. Motion for Summary Judgment by defendant, DOSSETT DIMASSA, M.D., (DKT. 144).

On March 14, 2023, an order issued that granted and denied the defendants' Motions for Summary Judgment. Dkt. 210 ("Summary Judgment Order"). The Motions for Summary Judgment by THE ENOTECA, LLC; JOSEPH DIMASSA AND MARIA DIMASSA FAMILY TRUST, TRUST DATED APRIL 9, 1981; DIMASSA FAMILY FOUNDATION; ANGELUS MOUNTAIN CENTER; SEMPRE AVANTI, LLC; MARIA DIMASSA; and DOSSETT DIMASSA, M.D. (collectively, "Summary Judgment Defendants") were granted. Dkt. 210.

Subsequently, recovery for attorney's fees or costs by DOUGLAS FORBES, individually and as the surviving husband of ELENA MATYAS, as well as Successor-in-interest to ROXIE MIRABELLE FORBES ("Plaintiff"), or Summary Judgment Defendants has been waived pursuant to the May 23, 2026, Settlement Agreement and Release of All Claims between Plaintiff and the other Summerkids defendants. As such, judgment for Summary Judgment Defendants shall be entered against Plaintiff with no recovery of attorney's fees or costs.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, for the reasons set forth in the Summary Judgment Order, Plaintiff's claims against Summary Judgment Defendants are DISMISSED in their entirety. JUDGMENT is accordingly hereby entered in favor of Summary Judgment Defendants. Plaintiff shall take nothing by way of his Third Amended Complaint against Summary Judgment Defendants. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay, and this shall be deemed a final judgment pursuant to Rule 54(b).

**IT IS SO ORDERED.**

Dated: July 27, 2026

John A. Kronstadt
United States District Judge